# Exhibit A

## Case Summary

**Case Number:** CAM L-003390-19

**Case Caption:** Direct Energy Busine Ss, Llc  Vs Aluminum Shapes,

| | | |
|---|---|---|
| **Court:** Civil Part | **Venue:** Camden | **Case Initiation Date:** 08/26/2019 |
| **Case Type:** Contract/Commercial Transaction | **Case Status:** Closed | **Jury Demand:** None |
| **Case Track:** 2 | **Judge:** Yolanda C Rodriguez | **Team:** 201 |
| **Original Discovery End Date:** 07/30/2020 | **Current Discovery End Date:** 07/30/2020 | **# of DED Extensions:** 0 |
| **Original Arbitration Date:** 11/02/2020 | **Current Arbitration Date:** | **# of Arb Adjournments:** 1 |
| **Original Trial Date:** | **Current Trial Date:** | **# of Trial Date Adjournments:** 0 |
| **Disposition Date:** 03/19/2021 | **Case Disposition:** | **Statewide Lien:** |

### Plaintiffs

**Direct Energy Business Marketi AKA  Direct Energy Business**

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** Steven Miles Lucks |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** 038972004 |
| **City:**  **State:** NJ | **Zip:** 00000 | **Phone:** |

**Attorney Email:** SLUCKS@FISHKINLUCKS.COM

**Direct Energy Business, Llc**

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** Steven Miles Lucks |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** 038972004 |
| **City:**  **State:** NJ | **Zip:** 00000 | **Phone:** |

**Attorney Email:** SLUCKS@FISHKINLUCKS.COM

### Defendants

**Aluminum Shapes, Llc**

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** Mathieu J Shapiro |
| **Address Line 1:** 9000 River Road | **Address Line 2:** | **Attorney Bar ID:** 048241995 |
| **City:** Pennsauken Towns  **State:** NJ | **Zip:** 08110 | **Phone:** |

**Attorney Email:** MATHIEU.SHAPIRO@OBERMAYER.COM

### Case Proceeding

| Created Date | Scheduled Time | Court Room | Judge Name | Proceeding Description | Motion Type | Proceeding Status | Motion Status |
|---|---|---|---|---|---|---|---|
| 11/02/2020 | 09:00 | REMOT | CAMDEN ARBITRATION | ARBITRATION HEARING | | ADJ STL PEND | |
| 01/04/2021 | 09:00 | REMOT | CAMDEN ARBITRATION | ARBITRATION HEARING | | COMPLETED | |
| 03/19/2021 | 09:00 | REMOT | YOLANDA  C  RODRIGUEZ | MOTION HEARING | MOTION CONFIRM ARBITRATOR/ENTER JUDGMENT | COMPLETED | CM |

### Case Actions

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 08/26/2019 | Complaint for CAM-L-003390-19 submitted by LUCKS, STEVEN MILES, FISHKIN LUCKS LLP on behalf of DIRECT ENERGY BUSINESS, LLC, DIRECT ENERGY BUSINESS MARKETI against ALUMINUM SHAPES, LLC | LCV20191518001 | 08/26/2019 |
| 08/27/2019 | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20191522467 | 08/27/2019 |
| 09/06/2019 | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20191592335 | 09/06/2019 |
| 09/09/2019 | AFFIDAVIT OF SERVICE submitted by LUCKS, STEVEN, MILES of FISHKIN LUCKS LLP on behalf of DIRECT ENERGY BUSINESS MARKETI, DIRECT ENERGY BUSINESS, LLC against ALUMINUM SHAPES, LLC | LCV20191605638 | 09/09/2019 |
| 10/04/2019 | NOTICE OF APPEARANCE - FIRST PLEADING submitted by BIEMER, THOMAS, STEVEN of DILWORTH PAXSON LLP on behalf of ALUMINUM SHAPES, LLC against DIRECT ENERGY BUSINESS MARKETI, DIRECT ENERGY BUSINESS, LLC | LCV20191809166 | 10/04/2019 |
| 10/04/2019 | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by HARTMAN, KATHARINE, VIRGINIA of DILWORTH PAXSON LLP on behalf of ALUMINUM SHAPES, LLC against DIRECT ENERGY BUSINESS MARKETI, DIRECT ENERGY BUSINESS, LLC | LCV20191809433 | 10/04/2019 |
| 11/06/2019 | STIPULATION TO EXTEND TIME FOR ANSWER submitted by HARTMAN, KATHARINE, VIRGINIA of DILWORTH PAXSON LLP on behalf of ALUMINUM SHAPES, LLC against DIRECT ENERGY BUSINESS MARKETI, DIRECT ENERGY BUSINESS, LLC | LCV20192045871 | 11/06/2019 |

| | | | |
|---|---|---|---|
| 11/06/2019 | Answer submitted by HARTMAN, KATHARINE, VIRGINIA of DILWORTH PAXSON LLP on behalf of ALUMINUM SHAPES, LLC against DIRECT ENERGY BUSINESS MARKETI, DIRECT ENERGY BUSINESS, LLC | LCV20192045936 | 11/06/2019 |
| 05/25/2020 | DISCOVERY END DATE REMINDER Notice submitted by Case Management | LCV2020934593 | 05/25/2020 |
| 09/04/2020 | COURT Notice submitted by Case Management | LCV20201561081 | 09/04/2020 |
| 10/30/2020 | ADJOURNMENT REQUEST submitted by LUCKS, STEVEN, MILES of FISHKIN LUCKS LLP on behalf of DIRECT ENERGY BUSINESS MARKETI, DIRECT ENERGY BUSINESS, LLC against ALUMINUM SHAPES, LLC | LCV20201952134 | 10/30/2020 |
| 10/30/2020 | CLERK NOTICE: re: ADJOURNMENT REQUEST [LCV20201952134] -The 11/02/20 arbitration has been adjourned to 01/04/2021. Thank you | LCV20201952556 | 10/30/2020 |
| 10/31/2020 | COURT Notice submitted by Case Management | LCV20201959607 | 10/31/2020 |
| 12/30/2020 | ADJOURNMENT REQUEST submitted by HARTMAN, KATHARINE, VIRGINIA of DILWORTH PAXSON LLP on behalf of ALUMINUM SHAPES, LLC against DIRECT ENERGY BUSINESS MARKETI, DIRECT ENERGY BUSINESS, LLC | LCV20202377591 | 12/30/2020 |
| 12/31/2020 | CLERK NOTICE: re: ADJOURNMENT REQUEST [LCV20202377591] -Your request for an adjournment of the 01/04/21 arbitration has been denied. The 01/04/21 arbitration is to go forward as scheduled. Thank you | LCV20202386023 | 12/31/2020 |
| 01/04/2021 | Arbitration Award submitted by Staff | LCV202110276 | 01/04/2021 |
| 02/23/2021 | MOTION CONFIRM ARBITRATOR/ENTER JUDGMENT submitted by SILVERMAN, ZACHARY, WINTHROP of FISHKIN LUCKS LLP on behalf of DIRECT ENERGY BUSINESS MARKETI, DIRECT ENERGY BUSINESS, LLC against ALUMINUM SHAPES, LLC | LCV2021417950 | 02/23/2021 |
| 02/24/2021 | The motion filed on 02/23/2021 will be decided on 03/19/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION CONFIRM ARBITRATOR/ENTER JUDGMENT [LCV2021417950] | LCV2021420205 | 02/24/2021 |
| 03/12/2021 | PROOF OF SERVICE submitted by SILVERMAN, ZACHARY, WINTHROP of FISHKIN LUCKS LLP on behalf of DIRECT ENERGY BUSINESS MARKETI, DIRECT ENERGY BUSINESS, LLC against ALUMINUM SHAPES, LLC | LCV2021549601 | 03/12/2021 |
| 03/19/2021 | ORDER CONFIRM ARBITRATOR/ENTER JUDGMENT-Granted by Judge RODRIGUEZ, YOLANDA, C re: MOTION CONFIRM ARBITRATOR/ENTER JUDGMENT [LCV2021417950] | LCV2021600608 | 03/19/2021 |
| 04/15/2021 | SUBSTITUTE ATTORNEY submitted by COMERFORD, CHRISTIE, CALLAHAN of DILWORTH PAXSON LLP on behalf of ALUMINUM SHAPES, LLC against DIRECT ENERGY BUSINESS MARKETI, DIRECT ENERGY BUSINESS, LLC | LCV2021977062 | 04/15/2021 |
| 08/25/2021 | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by SHAPIRO, MATHIEU, J of OBERMAYER REBMANN MAXWELL & HIPPEL LLP on behalf of ALUMINUM SHAPES, LLC against DIRECT ENERGY BUSINESS MARKETI, DIRECT ENERGY BUSINESS, LLC | LCV20211963648 | 08/25/2021 |
| 08/25/2021 | NOTICE OF BANKRUPTCY submitted by SHAPIRO, MATHIEU, J of OBERMAYER REBMANN MAXWELL & HIPPEL LLP on behalf of ALUMINUM SHAPES, LLC against DIRECT ENERGY BUSINESS MARKETI, DIRECT ENERGY BUSINESS, LLC | LCV20211963745 | 08/25/2021 |
| 08/31/2021 | SUBSTITUTE ATTORNEY submitted by COMERFORD, CHRISTIE, CALLAHAN of DILWORTH PAXSON LLP on behalf of ALUMINUM SHAPES, LLC against DIRECT ENERGY BUSINESS MARKETI, DIRECT ENERGY BUSINESS, LLC | LCV20212021247 | 08/31/2021 |
| 08/31/2021 | SUBSTITUTE ATTORNEY submitted by BIEMER, THOMAS, STEVEN of DILWORTH PAXSON LLP on behalf of ALUMINUM SHAPES, LLC against DIRECT ENERGY BUSINESS MARKETI, DIRECT ENERGY BUSINESS, LLC | LCV20212021337 | 08/31/2021 |