| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>Steven M. Lucks, Esq.<br>FISHKIN LUCKS LLP<br>One Gateway Center, Suite 1150<br>Newark, NJ 07102<br>(973) 536-2800<br>(973) 679-4429 (Facsimile)<br>slucks@fishkinlucks.com<br><br>Counsel to the Defendant | |
| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>            Debtor. | Chapter 11<br><br>Case No. 21-16520-JNP |
| ALUMINUM SHAPES, L.L.C.,<br><br>            Plaintiff,<br><br>   v.<br><br>DIRECT ENERGY BUSINESS, LLC and DIRECT ENERGY BUSINESS MARKETING, LLC D/B/A DIRECT ENERGY BUSINESS,<br><br>            Defendant. | ADVERSARY NO. 21-01467 |

**APPLICATION FOR ADMISSION OF NICK R. LAWSON *PRO HAC VICE***

The undersigned hereby seeks an Order granting the admission *pro hac vice* of Nick R. Lawson of the Law Firm of McDowell Hetherington LLC to practice before this Court in connection with the above-captioned matter. This application (the "Application") is submitted pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey. Unless requested by other parties, no oral argument is requested. A proposed form of Order is attached. In support of the Application, Steven M. Lucks hereby represents as follows:

1. I am a partner with Fishkin Lucks LLP, which law firm maintains offices at One Gateway Center, Suite 1150, Newark, NJ 07102.

2. Fishkin Lucks LLP has been retained to serve as local counsel for Direct Energy Business, LLC and Direct Energy Business Marketing, LLC d/b/a Direct Energy Business (collectively, "Direct Energy") in connection with the above-captioned matter.

3. I am an attorney-at-law of the State of New Jersey, and I am admitted to practice before the District Court of New Jersey.

4. I submit this Application, pursuant to Civ. Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of Bankruptcy Practice for the United States Bankruptcy Court for the District of New Jersey, in support of an Order Approving Admission, *Pro Hac Vice*, of Nick R. Lawson.

5. As set forth in the declaration of Nick R. Lawson, attached as **Exhibit A,** Mr. Lawson is an attorney with the Law Firm of McDowell Hetherington LLP, which maintains an address of 1001 Fannin Street, Suite 2700, Houston, TX 77002.

6. Mr. Lawson is admitted to practice before the state court of Texas, U.S. District Court for the Southern District of Texas, U.S. District Court for the Eastern District of Texas, U.S. District Court for the Western District of Texas, U.S. District Court for the Northern District of Texas, U.S. District Court for the Southern District of Illinois, and the Fifth and the Seventh U.S. Courts of Appeals.

7. Mr. Lawson graduated from the University of Houston Law School in 2012.

8. Upon information and belief, Mr. Lawson is and always has been a member in good standing of each bar to which he has gained admission and has no disciplinary proceedings pending against him.

WHEREFORE, Applicant respectfully requests entry of the Order submitted herewith approving the admission *pro hac vice*, of Nick R. Lawson to represent Direct Energy as primary counsel in connection with the above-captioned matter.

Dated: February 11, 2022

Respectfully Submitted,

_____
Steven M. Lucks, Esq.
FISHKIN LUCKS LLP
One Gateway Center, Suite 1150
Newark, NJ 07102
Tel: (973) 536-2800
slucks@fishkinlucks.com

*Counsel for Direct Energy Business, LLC and Direct Energy Business Marketing, LLC d/b/a Direct Energy Business*